CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

FEB 1 2 2010

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| VINCENT MCKINLEY BROWN, | ) | Civil Action No. 7:10-cv-00068 |
| Petitioner, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | **By:** Hon. Jackson L. Kiser |
| NOTTOWAY CORR. CTR., et al., | ) | Senior United States District Judge |
| Respondents. | ) | |

In accordance with the written memorandum opinion entered this day, it is hereby

### ORDERED

that petitioner's petition for writ of habeas corpus, pursuant to 28 U.S.C. §2254, is **DISMISSED**

**without prejudice** for failure to exhaust state court remedies; a Certificate of Appealability is

**DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copies of this order and the accompanying

memorandum opinion to the petitioner.

**ENTER:** This 12th day of February, 2010.

Senior United States District Judge